UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN TWA,

       Plaintiff,

vs.

MERCY HEALTH PARTNERS,

       Defendant.

Case No. 1:19-cv-1049

Hon. Hala Y. Jarbou

Magistrate Judge: Phillip J. Green

---

| BATEY LAW FIRM, PLLC | CLARK HILL PLC |
|---|---|
| Scott P. Batey (P54711) | David M. Cessante (P58796) |
| 30200 Telegraph Road, Suite 400 | Brian D. Shekell (P75327) |
| Bingham Farms, Michigan 48025 | 500 Woodward Avenue, Suite 3500 |
| P: (248) 540-6814 | Detroit, Michigan 48226 |
| Attorneys for Plaintiff | P: (313) 965-8300 |
| sbatey@bateylaw.com | Attorneys for Defendant |
|  | dcessante@clarkhill.com |
|  | bshekell@clarkhill.com |

---

## ORDER DISMISSING COMPLAINT WITH PREJUDICE

This matter having regularly come before the Court pursuant to the stipulated agreement of the parties and good cause having been shown:

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff, Kathryn Twa, has joined all claims that she has had at any time up to the entry of this order against Mercy Health Partners and its predecessors, successors, parents, subsidiaries, affiliates, related entities, past and current officers, trustees, directors, board members, employees, agents, attorneys, insurance carriers and assigns; and

**IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that the Complaint and all causes of action so joined shall be dismissed with prejudice, with no costs or attorney fees awarded.

Date: 10/12/2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED:**

*/s/ "with consent" Scott P. Batey*
Scott P. Batey (P54711)
BATEY LAW FIRM, PLLC
30200 Telegraph Road, Suite 400
Bingham Farms, Michigan 48025
P: (248) 540-6814
Attorneys for Plaintiff
sbatey@batelylaw.com

*/s/ David M. Cessante*
David M. Cessante (P58796)
Brian D. Shekell (P75327)
**Clark Hill PLC**
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
P: (313) 965-8300
Attorneys for Defendant
dcessante@clarkhill.com
bshekell@clarkhill.com